**RADIAN ASSET ASSURANCE, INC., a New York corporation, Plaintiff,**

v.

**COLLEGE OF THE CHRISTIAN BROTHERS OF NEW MEXICO, known as The College of Santa Fe; Christian Brothers of the College Of Santa Fe Community d/b/a The College of Santa Fe, a New Mexico corporation; Dr. Mark Lombardi, an individual; Jerry Brisson, an individual, and Sharon Bain, an individual, Defendants.**

No. Civ 09–0885 JB/DJS.

United States District Court, D. New Mexico.

May 25, 2011.

Daniel J. O'Friel, Pierre Levy, Aimee Sue Bevan, O'Friel and Levy, Jeffrey R. Brannen, Jeffrey R. Brannen, P.A., Santa Fe, NM, and Gavin W. Skok, John D. Lowery, Riddell Williams, P.S., Seattle, WA, for Plaintiff.

Clifford K. Atkinson, Douglas A. Baker, Justin Duke Rodriguez, Atkinson, Thal & Baker, P.C., Albuquerque, NM, for Defendant College of the Christian Brothers of New Mexico and Christian Brothers of the College of Santa Fe.

W. Spencer Reid, Benjamin F. Feuchter, Keleher & McLeod, P.A. Albuquerque, NM, for Defendant Sharon Bain.

Joe L. McClaugherty, Tamara R. Safarik, McClaugherty & Silver, P.C., Santa Fe, NM, for Defendant Jerry Brisson.

Michael W. Brennan, Brennan & Sullivan, P.A., Santa Fe, NM, for Defendant Mark Lombardi.

## MEMORANDUM OPINION AND ORDER

JAMES O. BROWNING, District Judge.

THIS MATTER comes before the Court on the Defendant College of the Christian Brothers of New Mexico's Second Motion for Protective Order and Supporting Memorandum, filed December 17, 2010 (Doc. 288)("Motion"). The Court held a hearing on January 11, 2011. The primary issue is whether the Court should enter a protective order pursuant to rule 26(c) of the Federal Rules of Civil Procedure directing that the Defendant College of the Christian Brothers of New Mexico d/b/a the College of Santa Fe shall not have to answer Plaintiff Radian Asset Assurance, Inc.'s Second Set of Requests for Admission, because the requests are untimely and improper under the Scheduling Order (Doc. No. 39) and the Court's Memorandum Opinion and Order, filed July 28, 2010 (Doc. No. 93), setting the deadline for the close of fact discovery as December 17, 2010. At the January 11, 2011 hearing, Radian Asset conceded that its requests for admissions were untimely under the scheduling order, but requested an extension or waiver. The Court believes that in a case such as this one, which involves a number of parties and many issues, strict adherence to discovery scheduling orders is essential to bringing discovery to an end. If the Court allows one party an extension or waiver, it must, in an attempt to be fair, do the same for others, prolonging discovery indefinitely. The Court therefore grants the Motion.

**IT IS ORDERED** that the Defendant College of the Christian Brothers of New Mexico's Second Motion for Protective Order and Supporting Memorandum, filed December 17, 2010 (Doc. 288), is granted.